# United States District Court
# Central District of California

| | |
|---|---|
| ROY ABUEG,<br><br>    Plaintiff,<br><br>    v.<br><br>TOYOTA MOTOR SALES, U.S.A., INC., a California corporation, TOYOTA OF DOWNTOWN LOS ANGELES; SCION OF DOWNTOWN LOS ANGELES; HK-SHAMMAS AUTOMOTIVE GROUP, LP, a California limited partnership; SHAMMAS AUTOMOTIVE HOLDINGS, INC., a California corporation; L.A. AUTO DISTRIBUTORS, LP, a California limited partnership, DOWNTOWN L.A. MOTORS, LP, a California limited partnership; and Does 1-10 inclusive,<br><br>    Defendants. | Case No. 2:15-cv-8263-ODW(Ex)<br><br>**ORDER TO SHOW CAUSE RE. SETTLEMENT** |

In light of the Notice of Settlement (ECF No. 32), the Court hereby **ORDERS** the parties **TO SHOW CAUSE**, in writing, by October 23, 2016, why settlement has not been finalized. No hearing will be held. All other dates and deadlines in this action are **VACATED** and taken off calendar. The Court will discharge this Order upon the filing of a dismissal that complies with Federal Rule of Civil Procedure 41.

**IT IS SO ORDERED.**

September 23, 2016

_____
**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**